22-MJ-8076-AFF

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Lina Awad, having been duly sworn, hereby depose and state:

## AGENT BACKGROUND

1.      I am a Special Agent with United States Immigration and Customs Enforcement's Homeland Security Investigations ("HSI") and have been so employed since February 2009. I am currently assigned to the Office of the Special-Agent-in-Charge, Boston, Massachusetts. I am authorized to investigate crimes involving violations of Title 18, Title 8, Title 19, and Title 21 of the United States Code. I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training to become a federal agent. Specifically, I have received certification in the Criminal Investigator Training Program and the ICE Special Agent Training Program. I have received training relating to the trafficking in persons, including sex trafficking, and other offenses.

2.      I have participated in investigations of human trafficking, human smuggling, alien harboring, border violations, drug and firearm trafficking, and related offenses. Many of these investigations have had national or international connections, and many required me to work closely and share information and intelligence with members of other federal, state, and local law enforcement agencies. I have debriefed, and continue to debrief, defendants, informants, and witnesses who have personal knowledge about human trafficking, including sex trafficking, and other crimes occurring in Massachusetts, nationally, and abroad.

3.      From my training and experience, I know that individuals are trafficked for several purposes. Some forms of human trafficking involve involuntary servitude, peonage, debt bondage and slavery. Victims are often trafficked by force, fraud, and/or coercion. I am familiar with the federal laws regarding human trafficking, including 18 U.S.C. §§ 1591 and 1594 (Sex Trafficking).

4.      This affidavit is submitted in support of a criminal complaint charging Sadeq Ali QURAISHI with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2) and 1594(a).

5.      As described below, there is probable cause to believe that, on November 2, 2022, in and around the greater Boston area, in the District of Massachusetts, Sadeq Ali QURAISHI did knowingly attempt to, in and affecting interstate and foreign commerce, entice, obtain, solicit, and patronize by any means a person, knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

6.      This affidavit is based on my personal investigation and investigation by others, including federal and state law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by conferring with other law enforcement officers and examining evidence obtained in the course of the investigation as well as through other means. This affidavit does not include every fact known to me about this investigation, but rather only those facts sufficient to establish probable cause.

## STATEMENT OF FACTS

7.      Beginning on or about November 1, 2022, law enforcement agents posted an advertisement (the "Advertisement") on a website commonly used to advertise commercial sex acts.[1] The Advertisement indicated that the poster was in the area of Boston and Lowell, Massachusetts. The Advertisement contained images of what appeared to be two young females and the following language:

> I AM A WOMAN seeking men

---

[1] Based on my training and experience, I know that the Internet is global network of computers, which is a means and facility of interstate commerce. I also know that the website on which the Advertisement was posted is maintained by an entity that is located outside of the United States, and the advertisements posted on that website are viewable outside of Massachusetts.

> TIGHT, FRESH, and ready for FUN!!
> Travelin thru town on a lil roadtrip! cum get me while u can
> 2 beautiful flowers that are ready to bloom
> ask about Fall specials and double trouble discount
> NO BULLSHIT, NO COPS, 100% Independent

8. The Advertisement indicated that the person who would perform commercial sex acts was 18 years old.[2] The Advertisement also contained a contact phone number (the "Advertisement Number"). Law enforcement agents monitored this line and an undercover agent ("UC1") used it to communicate with potential sex buyers, including QURAISHI.

9. On or about November 2, 2022, the Advertisement Number received a text message from a phone number ending in 9824 (the "9824 Number") in response to the Advertisement. Thereafter, a text conversation between UC1 and the user of the 9824 Number ensued. UC1 stated that he/she had two minor girls—ages 12 and 14 years old—available to perform sex acts in exchange for money. QURAISHI, using the 9824 Number, agreed to pay $250 to have sex with the fictitious 14-year-old girl. Set forth below are QURAISHI's text communications with the undercover agents:[3]

| 9824 Number | Hey there - where around Boston are you hosting? |
| --- | --- |
| UC1 | me and my girls are in [Massachusetts town] area tonigt.   you wanna play |
| 9824 Number | Ah shoot - sorry hun I'm heading towards south Boston :( I'll definitely give you a shout to see if you're still around if I'm headed your way soon |
| UC1 | well think about it.  I got 14 yo [Name #1] and 12 yo [Name #2].  Def unique and so much fucking fun |
| 9824 Number | Uh ... you a cop? |
| UC1 | No way.   just trying to make a living best way we know how. |
| 9824 Number | Oh ok |

---

[2] The law enforcement agents used a website that is known for containing prostitution advertisements but requires users to be at least 18 years old. Based on my training and experience, I know that this website and others like it have been used by traffickers to advertise the commercial sex acts of children under the age of 18.

[3] Names and specific locations have been omitted.

| UC1 | are you. you gotta tell if u are |
|---|---|
| 9824 Number | Heck no! |
| 9824 Number | You threw me off with your text |
| 9824 Number | Sounded like a trap ... |
| UC1 | oh ok.  scared me there for sec to |
| 9824 Number | Same here!!! |
| UC1 | sounds trappy i get but like some guys aint in to girsl that young and i just putting it out there so u stay cool |
| UC1 | but i assure u even they yunger they are fun and know what they doing |
| 9824 Number | Cool I appreciate that ... backdoor is ok too? |
| UC1 | yeah it $50 and Bri the 14 yo is only one that done that so far.  jes may be to tight back there |
| 9824 Number | Got it - is Bri the one on the add? |
| UC1 | she is the one in the black shirt yes |
| 9824 Number | You've got me interested ... and you're absolutely not involved with any law enforcement in any way? |
| UC1 | fuck no.   I was arrested in New mexico once when i was younger.  that dont count i hope lol |
| 9824 Number | Lol no |
| UC1 | you not a serial killer right? |
| 9824 Number | Fuck no! |
| 9824 Number | So the total for a visit with the backdoor is? |
| UC1 | 1 or both.  how long |
| 9824 Number | 1 for hh |
| UC1 | which one baby |
| 9824 Number | I thought only one of them was able to do backdoor? |
| UC1 | just checking |
| UC1 | so that's [Name #1].  She does do that.  Half hour with her is $150, $50 extra for anal.  so $200.   If you doing bare.  it $250 |
| 9824 Number | Ok let's go for option #3 lol |
| UC1 | LMAO.   So bare for $250.   u clean right? |
| 9824 Number | Yes! |
| UC1 | k cool.  like what time u thinking baby |
| 9824 Number | Around 2? |
| UC1 | you in [Massachusetts town] area.   i send u address when u closer. |
| UC1 | just safety u know |
| 9824 Number | I'm in east Boston so a ways away |
| UC1 | You at a hotel or home? |
| UC1 | well how fast u drive lol.  and a hotel.  we keep it low key for sure. |
| 9824 Number | Gimme a general idea where ... several exists to get to [Massachusetts town] |
| UC1 | so like [Street #1] and [Street #2] |
| 9824 Number | Ok good |

4

| UC1 | so u like on your way |
|---|---|
| 9824 Number | Leaving in 5 min |
| 9824 Number | Would never have done this if you were not so persuasive |
| UC1 | oh ok.  lol. |
| UC1 | let me know when on your way and i got idea when have her ready. |
| UC1 | i think you are having one of your dreams come true |
| 9824 Number | I don't know ... I think everyone has fantasies but this seems a little over the top |
| UC1 | nah its all natural |
| 9824 Number | Hey you've been super nice and I appreciate it ... just the age thing is throwing me ... if you were to tell me she's 16 or older and just looks young enough to pass off for 14 that would be a different thing |
| UC1 | its alright.  i mean you can pretend if you want, but thats why i kee it realz.  case peeps dont like it.  shame.  you were sweet but i get it |
| 9824 Number | Thanks appreciate it. I'm all about having fun but this would just add an extra layer of guilt I defiantly don't need. Take care and be safe. |
| UC1 | there is no guilt  sex is a naruaal thing, but no worries.  text later is you change mind |
| 9824 Number | Cool thanks |
| 9824 Number | Ugh ... man you're making things difficult - seems like a fun experience ... just not in the mood to get arrested today |
| UC1 | well i dont plan on arresting you so as long as you are cool, its alright baby |
| UC1 | we just trying to make a living is all |
| 9824 Number | Ok I'm on my way |
| UC1 | babe you are awesome.   How long |
| 9824 Number | 30-35 min |
| UC1 | [smiling face emoji] |
| 9824 Number | Ok ... I'm trusting you |
| UC1 | i get it.  same here sweetie |
| UC1 | dont forget cash ok and thanks |
| 9824 Number | Yup got it |
| UC1 | you getting close babe.  [Name #1] is getting ready right now. |
| 9824 Number | 6 miles from [Massachusetts town] |
| UC1 | cool |
| 9824 Number | 10 min away |
| 9824 Number | Where am I going? |
| UC1 | [Name #1] is all ready for you. |
| 9824 Number | Where? |
| UC2 | [hotel] hun I'll meet u outside |
| 9824 Number | Ok |
| UC2 | U need me to send address? |
| 9824 Number | Nope I'm in the parking lot |
| UC2 | I dont see u . . . standing outside by the side door |

5

| 9824 Number | Where should I meet you? |
| --- | --- |
| 9824 Number | Who should I be looking for? |
| UC2 | Come to the side door hun dont wanna be going thru the front |
| 9824 Number | Ok |
| UC2 | Are u at the right hotel? |
| 9824 Number | 387 |
| UC2 | 387 [street] |
| UC2 | Yeah ouside in the parking lot there is a big blue trash dumpster here |
| 9824 Number | Yup walking to the back |

10. Shortly thereafter, QURAISHI arrived at a hotel in the greater Boston area.[4] At the hotel, there was another undercover agent ("UC2"), who was posing as the person who posted the Advertisement and the user of the Advertisement Number. UC2 and QURAISHI met in the hotel's parking lot. UC2 asked QURAISHI to show UC2 the cash to be paid for the commercial sex act. QURAISHI flashed a wad of cash from his pocket and showed it to UC2. UC2 gave QURAISHI a hotel key card and told him "no rough stuff" with her daughters. QURAISHI acknowledged UC2's request.

11. Following the exchange of the cash and the foregoing discussion, law enforcement officers arrested QURAISHI and took him into custody. Incident to arrests, law enforcement agents searched QURAISHI and found a cell phone. An agent called then called the 9824 Number and observed that the cell phone they seized from QURAISHI rang.

12. QURAISHI is an anesthesiologist at Tufts Medical Center. During a post-arrest interview, and after being advised of his *Miranda* rights, QURAISHI indicated he has purchased sex in the past.

---

[4] The hotel is part of a national chain of hotels. Based on information provided by hotel staff, I know that the hotel has served out-of-state guests.

## CONCLUSION

13. Based on the foregoing, I respectfully submit that there is probable cause to support a criminal complaint charging Sadeq Ali QURAISHI with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2) and 1594.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

*Lina Awad /by Paul G Levenson*
Lina Awad, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by phone, on this 2nd day of November 2022,
at Boston, MA.

_____
HONORABLE PAUL G. LEVENSON
UNITED STATES MAGISTRATE JUDGE

7