§JS 45 (5/97) - (Revised USAO MA 3/25/2011)

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** HSI

**City** Waltham

**County** Middlesex

**Related Case Information:**
- Superseding Ind./ Inf. _____  Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number  22-8083-PGL, 22-8084-PGL
- R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name:** Sadeq Ali QURAISHI    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** (City & State) Boston, MA

**Birth date (Yr only):** 1977   **SSN (last4#):** 5761   **Sex:** M   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA:** Brian Fogerty    **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:** 11/02/2022

☑ Already in Federal Custody as of 11/02/2022 in HSI Custody.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/02/2022    **Signature of AUSA:** /s/ Brian Fogerty

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Sadeq Ali QURAISHI

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1591(a)(1) | Attempted Sex Trafficking of a Child | 1 |
| Set 2 | 18 U.S.C. §1591(b)(2) | | |
| Set 3 | 18 U.S.C. §1594(a) | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

Case 1:22-mj-08076-PGL   Document 1-2   Filed 11/02/22   Page 2 of 2
JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013